UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-24605-Civ-COOKE/BANDSTRA

HYMIE AKST,

    Plaintiff

vs.

SEARCHMEDIA HOLDINGS LIMITED, *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *without prejudice* by the Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Pl.'s Notice of Vol. Dismissal With Prejudice (ECF No. 5)).  The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers at Miami, Florida, this 28th day of February 2011.

                                                */s/ Marcia G. Cooke*
                                                MARCIA G. COOKE
                                                United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*